# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 10, 2013

Lyle W. Cayce
Clerk

No. 12-20720
Summary Calendar

CATHY CATCHING,

Plaintiff-Appellant

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL
SECURITY,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-1693

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Cathy Catching appeals the judgment of the district court dismissing her action based on her claim of disability under Title II of the Social Security Act, which was denied initially by the Administrative Law Judge. We have reviewed the record on appeal, including, *inter alia*, the extensive transcript and the 64-page Memorandum Recommendation of the Magistrate

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-20720

Judge which patiently sets out in extreme detail the relevant facts and findings regarding Catching's conditions, principal among which are chronic fatigue syndrome and fybromyalgia. In the end, we find no reversible error, concluding that, as the Commissioner's brief summarizes, "Catching fails to prove that her alleged chronic fatigue syndrome and fibromyalgia equated to medically determinable impairments" and "fails to point to any medical evidence that suggests chronic fatigue syndrome or fybromyalgia caused additional functional limitations not already included in the ALJ's residual functional capacity finding."

AFFIRMED.